MARWEN INC  
1146 Wyoming Ave  
Scranton, PA 18509

**paylocity**

Direct Deposit Advice

**Check Date**  
November 14, 2025

**Voucher Number**  
6156

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Fidelity Dep Discoun | C | ***6204 | 805.63 |
| **Total Direct Deposits** | | | **805.63** |

307313   03   468   6156   5323   307313

**Brittany Moe**  
121 Willow St  
Dunmore, PA  18512

Non Negotiable - This is not a check - Non Negotiable

## MARWEN INC

**Brittany Moe**

**Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **468** | Fed Taxable Income | **969.10** | Check Date | **November 14, 2025** |
| Location | **03** | Fed Filing Status | **M+ $10** | Period Beginning | **November 2, 2025** |
| Hourly | **$22.00** | State Filing Status | **M-0** | Period Ending | **November 8, 2025** |

Voucher Number **6156**  
Net Pay **805.63**  
Total Hours Worked **42.70**

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Overtime | 33.00 | 2.70 | 89.10 | 1,148.40 |
| Regular | 22.00 | 40.00 | 880.00 | 9,565.60 |
| **Gross Earnings** | | **42.70** | **969.10** | **10,714.00** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 49.22 | 546.81 |
| MED | 14.05 | 155.35 |
| PA | 29.75 | 328.92 |
| PA-350901 | 9.69 | 107.14 |
| PASUI-E | 0.68 | 7.50 |
| SS | 60.08 | 664.27 |
| **Taxes** | **163.47** | **1,809.99** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Fidelity Dep Discount Bk | C | ***6204 | 805.63 |
| **Total Direct Deposits** | | | **805.63** |

**Available Plan Year**

| Time Off | to Use | Used |
|---|---|---|
| Paid Time | 0.00 | 0.00 |

MARWEN INC | 1146 Wyoming Ave  Scranton, PA 18509 | (000) 000-0000 | FEIN: 23-2258671 | PA: 35-23945

Case 5:26-bk-00070-MJC    Doc 5    Filed 01/12/26    Entered 01/12/26 22:01:50    Desc
Main Document      Page 1 of 9

**MARWEN INC**
1146 Wyoming Ave
Scranton, PA 18509

paylocity

Direct Deposit Advice

**Check Date** | **Voucher Number**
November 21, 2025 | 6248

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Fidelity Dep Discoun | C | ***6204 | 818.52 |
| **Total Direct Deposits** | | | **818.52** |

307313  03  468  6248  5402       307313

**Brittany Moe**
121 Willow St
Dunmore, PA  18512

Non Negotiable - This is not a check - Non Negotiable

## MARWEN INC

**Brittany Moe**                                                                   **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | **468** | Fed Taxable Income | **985.60** | Check Date | **November 21, 2025** | Voucher Number | **6248** |
| Location | **03** | Fed Filing Status | **M+ $10** | Period Beginning | **November 9, 2025** | Net Pay | **818.52** |
| Hourly | **$22.00** | State Filing Status | **M-0** | Period Ending | **November 15, 2025** | Total Hours Worked | **43.20** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Overtime | 33.00 | 3.20 | 105.60 | 1,254.00 |
| Regular | 22.00 | 40.00 | 880.00 | 10,445.60 |
| **Gross Earnings** | | **43.20** | **985.60** | **11,699.60** |

| **Taxes** | **Amount** | **YTD** |
|---|---|---|
| FITW | 50.87 | 597.68 |
| MED | 14.29 | 169.64 |
| PA | 30.26 | 359.18 |
| PA-350901 | 9.86 | 117.00 |
| PASUI-E | 0.69 | 8.19 |
| SS | 61.11 | 725.38 |
| **Taxes** | **167.08** | **1,977.07** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| Fidelity Dep Discount Bk | C | ***6204 | 818.52 |
| **Total Direct Deposits** | | | **818.52** |

| **Time Off** | **Available to Use** | **Plan Year Used** |
|---|---|---|
| Paid Time | 0.00 | 0.00 |

MARWEN INC | 1146 Wyoming Ave  Scranton, PA 18509 | (000) 000-0000 | FEIN: 23-2258671 | PA: 35-23945

**Non Negotiable - This is not a check - Non Negotiable**

| | | | | Direct Deposit Advice | | | |
|---|---|---|---|---|---|---|---|
| **MARWEN INC** | | | | | | | paylocity |
| 1146 Wyoming Ave | | | | | | | |
| Scranton, PA 18509 | | | | | | | |
| | | | | **Check Date** | | | **Voucher Number** |
| | | | | November 28, 2025 | | | 6335 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Fidelity Dep Discoun | C | ***6204 | 656.78 |
| **Total Direct Deposits** | | | **656.78** |

DIRECT DEPOSIT VOUCHER

307313   03   468   6335   5476        307313

**Brittany Moe**
121 Willow St
Dunmore, PA  18512

**Non Negotiable - This is not a check - Non Negotiable**

### MARWEN INC

**Brittany Moe**                                                                                                        **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **468** | Fed Taxable Income | **778.80** | Check Date | **November 28, 2025** |
| Location | **03** | Fed Filing Status | **M+ $10** | Period Beginning | **November 16, 2025** |
| Hourly | **$22.00** | State Filing Status | **M-0** | Period Ending | **November 22, 2025** |

| | | | | |
|---|---|---|---|---|
| Voucher Number | **6335** |
| Net Pay | **656.78** |
| Total Hours Worked | **35.40** |

| **Earnings** | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Overtime | | | | 1,254.00 |
| Regular | 22.00 | 35.40 | 778.80 | 11,224.40 |
| **Gross Earnings** | | **35.40** | **778.80** | **12,478.40** |

| **Taxes** | Amount | YTD |
|---|---|---|
| FITW | 30.19 | 627.87 |
| MED | 11.29 | 180.93 |
| PA | 23.91 | 383.09 |
| PA-350901 | 7.79 | 124.79 |
| PASUI-E | 0.55 | 8.74 |
| SS | 48.29 | 773.67 |
| **Taxes** | **122.02** | **2,099.09** |

| **Deductions** | Amount | YTD |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | Type | Account | Amount |
|---|---|---|---|
| Fidelity Dep Discount Bk | C | ***6204 | 656.78 |
| **Total Direct Deposits** | | | **656.78** |

| **Time Off** | Available to Use | Plan Year Used |
|---|---|---|
| Paid Time | 0.00 | 0.00 |

**MARWEN INC**
1146 Wyoming Ave
Scranton, PA 18509

**paylocity**

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | December 5, 2025 | 6423 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Fidelity Dep Discoun | C | ***6204 | 789.28 |
| **Total Direct Deposits** | | | **789.28** |

307313   03   468  6423  5551          307313

**Brittany Moe**
121 Willow St
Dunmore, PA  18512

Non Negotiable - This is not a check - Non Negotiable

## MARWEN INC

**Brittany Moe**                                                                                              Earnings Statement

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **468** | Fed Taxable Income | **948.20** | Check Date | **December 5, 2025** |
| Location | **03** | Fed Filing Status | **M+ $10** | Period Beginning | **November 23, 2025** |
| Hourly | **$22.00** | State Filing Status | **M-0** | Period Ending | **November 29, 2025** |

| | | | |
|---|---|---|---|
| Voucher Number | **6423** | | |
| Net Pay | **789.28** | | |
| Total Hours Worked | **27.10** | | |

| **Earnings** | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday | 22.00 | 8.00 | 176.00 | 176.00 |
| Overtime | | | | 1,254.00 |
| Regular | 22.00 | 27.10 | 772.20 | 11,996.60 |
| **Gross Earnings** | | **35.10** | **948.20** | **13,426.60** |

| **Taxes** | Amount | YTD |
|---|---|---|
| FITW | 47.13 | 675.00 |
| MED | 13.75 | 194.68 |
| PA | 29.11 | 412.20 |
| PA-350901 | 9.48 | 134.27 |
| PASUI-E | 0.66 | 9.40 |
| SS | 58.79 | 832.46 |
| **Taxes** | **158.92** | **2,258.01** |

| **Deductions** | Amount | YTD |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | Type | Account | Amount |
|---|---|---|---|
| Fidelity Dep Discount Bk | C | ***6204 | 789.28 |
| **Total Direct Deposits** | | | **789.28** |

| **Time Off** | Available to Use | Plan Year Used |
|---|---|---|
| Paid Time | 0.00 | 0.00 |

MARWEN INC | 1146 Wyoming Ave  Scranton, PA 18509 | (000) 000-0000 | FEIN: 23-2258671 | PA: 35-23945

MARWEN INC  
1146 Wyoming Ave  
Scranton, PA 18509

paylocity

Direct Deposit Advice

**Check Date** December 12, 2025

**Voucher Number** 6511

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Fidelity Dep Discoun | C | ***6204 | 839.18 |
| **Total Direct Deposits** | | | **839.18** |

307313  03  468  6511  5626    307313

**Brittany Moe**  
121 Willow St  
Dunmore, PA  18512

Non Negotiable - This is not a check - Non Negotiable

## MARWEN INC

**Brittany Moe**   **Earnings Statement**

| Employee ID | **468** | Fed Taxable Income | **1,012.00** | Check Date | **December 12, 2025** | Voucher Number | **6511** |
| Location | **03** | Fed Filing Status | **M+ $10** | Period Beginning | **November 30, 2025** | Net Pay | **839.18** |
| Hourly | **$22.00** | State Filing Status | **M-0** | Period Ending | **December 6, 2025** | Total Hours Worked | **44.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday | | | | 176.00 |
| Overtime | 33.00 | 4.00 | 132.00 | 1,386.00 |
| Regular | 22.00 | 40.00 | 880.00 | 12,876.60 |
| **Gross Earnings** | | **44.00** | **1,012.00** | **14,438.60** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 53.51 | 728.51 |
| MED | 14.67 | 209.35 |
| PA | 31.07 | 443.27 |
| PA-350901 | 10.12 | 144.39 |
| PASUI-E | 0.71 | 10.11 |
| SS | 62.74 | 895.20 |
| **Taxes** | **172.82** | **2,430.83** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Fidelity Dep Discount Bk | C | ***6204 | 839.18 |
| **Total Direct Deposits** | | | **839.18** |

**Available Plan Year**

| Time Off | to Use | Used |
|---|---|---|
| Paid Time | 0.00 | 0.00 |

MARWEN INC | 1146 Wyoming Ave  Scranton, PA 18509 | (000) 000-0000 | FEIN: 23-2258671 | PA: 35-23945

**MARWEN INC**  
1146 Wyoming Ave  
Scranton, PA 18509

paylocity

Direct Deposit Advice

**Check Date**            **Voucher Number**
December 19, 2025         6607

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Fidelity Dep Discoun | C | ***6204 | 839.18 |
| **Total Direct Deposits** | | | **839.18** |

307313   03   468  6607  5709          307313

**Brittany Moe**  
121 Willow St  
Dunmore, PA  18512

Non Negotiable - This is not a check - Non Negotiable

## MARWEN INC

**Brittany Moe**                                          **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | **468** | Fed Taxable Income | **1,012.00** | Check Date | **December 19, 2025** | Voucher Number **6607** |
| Location | **03** | Fed Filing Status | **M+ $10** | Period Beginning | **December 7, 2025** | Net Pay **839.18** |
| Hourly | **$22.00** | State Filing Status | **M-0** | Period Ending | **December 13, 2025** | Total Hours Worked **44.00** |

| **Earnings** | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday | | | | 176.00 |
| Overtime | 33.00 | 4.00 | 132.00 | 1,518.00 |
| Regular | 22.00 | 40.00 | 880.00 | 13,756.60 |
| **Gross Earnings** | | **44.00** | **1,012.00** | **15,450.60** |

| **Taxes** | Amount | YTD |
|---|---|---|
| FITW | 53.51 | 782.02 |
| MED | 14.67 | 224.02 |
| PA | 31.07 | 474.34 |
| PA-350901 | 10.12 | 154.51 |
| PASUI-E | 0.71 | 10.82 |
| SS | 62.74 | 957.94 |
| **Taxes** | **172.82** | **2,603.65** |

| **Deductions** | Amount | YTD |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | Type | Account | Amount |
|---|---|---|---|
| Fidelity Dep Discount Bk | C | ***6204 | 839.18 |
| **Total Direct Deposits** | | | **839.18** |

| **Time Off** | Available to Use | Plan Year Used |
|---|---|---|
| Paid Time | 0.00 | 0.00 |

MARWEN INC | 1146 Wyoming Ave  Scranton, PA 18509 | (000) 000-0000 | FEIN: 23-2258671 | PA: 35-23945

**MARWEN INC**  
1146 Wyoming Ave  
Scranton, PA 18509

Direct Deposit Advice

paylocity

**Check Date**  
December 26, 2025

**Voucher Number**  
6694

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Fidelity Dep Discoun | C | ***6204 | 805.63 |
| **Total Direct Deposits** | | | **805.63** |

DIRECT DEPOSIT VOUCHER

307313  03  468  6694  5783           307313

**Brittany Moe**  
121 Willow St  
Dunmore, PA  18512

Non Negotiable - This is not a check - Non Negotiable

## MARWEN INC

**Brittany Moe**                                                                 **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | **468** | Fed Taxable Income | **969.10** | Check Date | **December 26, 2025** | Voucher Number **6694** |
| Location | **03** | Fed Filing Status | **M+ $10** | Period Beginning | **December 14, 2025** | Net Pay **805.63** |
| Hourly | **$22.00** | State Filing Status | **M-0** | Period Ending | **December 20, 2025** | Total Hours Worked **42.70** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Holiday | | | | 176.00 |
| Overtime | 33.00 | 2.70 | 89.10 | 1,607.10 |
| Regular | 22.00 | 40.00 | 880.00 | 14,636.60 |
| **Gross Earnings** | | **42.70** | **969.10** | **16,419.70** |

| **Taxes** | **Amount** | **YTD** |
|---|---|---|
| FITW | 49.22 | 831.24 |
| MED | 14.05 | 238.07 |
| PA | 29.75 | 504.09 |
| PA-350901 | 9.69 | 164.20 |
| PASUI-E | 0.68 | 11.50 |
| SS | 60.08 | 1,018.02 |
| **Taxes** | **163.47** | **2,767.12** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| Fidelity Dep Discount Bk | C | ***6204 | 805.63 |
| **Total Direct Deposits** | | | **805.63** |

| **Time Off** | **Available to Use** | **Plan Year Used** |
|---|---|---|
| Paid Time | 0.00 | 0.00 |

MARWEN INC | 1146 Wyoming Ave  Scranton, PA 18509 | (000) 000-0000 | FEIN: 23-2258671 | PA: 35-23945

**MARWEN INC**
1146 Wyoming Ave
Scranton, PA 18509

Direct Deposit Advice

paylocity

**Check Date**            **Voucher Number**
January 2, 2026            6777

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Fidelity Dep Discoun | C | ***6204 | 784.90 |
| **Total Direct Deposits** | | | **784.90** |

307313   03   468  6777  5853        307313

**Brittany Moe**
121 Willow St
Dunmore, PA  18512

Non Negotiable - This is not a check - Non Negotiable

**Non Negotiable - This is not a check - Non Negotiable**

## MARWEN INC

**Brittany Moe**                                                                            **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **468** | Fed Taxable Income | **937.20** | Check Date | **January 2, 2026** |
| Location | **03** | Fed Filing Status | **M+ $10** | Period Beginning | **December 21, 2025** |
| Hourly | **$22.00** | State Filing Status | **M-0** | Period Ending | **December 27, 2025** |

Voucher Number **6777**
Net Pay **784.90**
Total Hours Worked **10.60**

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday | 22.00 | 8.00 | 176.00 | 176.00 |
| PTO | 22.00 | 8.00 | 176.00 | 176.00 |
| Regular | 22.00 | 10.60 | 585.20 | 585.20 |
| **Gross Earnings** | | **26.60** | **937.20** | **937.20** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 41.80 | 41.80 |
| MED | 13.59 | 13.59 |
| PA | 28.77 | 28.77 |
| PA-350901 | 9.37 | 9.37 |
| PASUI-E | 0.66 | 0.66 |
| SS | 58.11 | 58.11 |
| **Taxes** | **152.30** | **152.30** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| Fidelity Dep Discount Bk | C   ***6204 | 784.90 |
| **Total Direct Deposits** | | **784.90** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Paid Time | -8.00 | 8.00 |

**MARWEN INC**
1146 Wyoming Ave
Scranton, PA 18509

**paylocity**

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | January 9, 2026 | 6866 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Fidelity Dep Discoun | C | ***6204 | 791.79 |
| **Total Direct Deposits** | | | **791.79** |

307313  03  468  6866  5928  307313

**Brittany Moe**
121 Willow St
Dunmore, PA  18512

Non Negotiable - This is not a check - Non Negotiable

## MARWEN INC

**Brittany Moe**

Earnings Statement

| Employee ID | **468** | Fed Taxable Income | **946.00** | Check Date | **January 9, 2026** | Voucher Number | **6866** |
|---|---|---|---|---|---|---|---|
| Location | **03** | Fed Filing Status | **M+ $10** | Period Beginning | **December 28, 2025** | Net Pay | **791.79** |
| Hourly | **$22.00** | State Filing Status | **M-0** | Period Ending | **January 3, 2026** | Total Hours Worked | **27.00** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Holiday | 22.00 | 8.00 | 176.00 | 352.00 |
| PTO | | | | 176.00 |
| Regular | 22.00 | 27.00 | 770.00 | 1,355.20 |
| **Gross Earnings** | | **35.00** | **946.00** | **1,883.20** |

| **Taxes** | | | **Amount** | **YTD** |
|---|---|---|---|---|
| FITW | | | 42.68 | 84.48 |
| MED | | | 13.72 | 27.31 |
| PA | | | 29.04 | 57.81 |
| PA-350901 | | | 9.46 | 18.83 |
| PASUI-E | | | 0.66 | 1.32 |
| SS | | | 58.65 | 116.76 |
| **Taxes** | | | **154.21** | **306.51** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | | **Type Account** | **Amount** |
|---|---|---|---|
| Fidelity Dep Discount Bk | | C    ***6204 | 791.79 |
| **Total Direct Deposits** | | | **791.79** |

| **Time Off** | **Available Plan Year to Use** | **Used** |
|---|---|---|
| Paid Time | -8.00 | 8.00 |

MARWEN INC | 1146 Wyoming Ave  Scranton, PA 18509 | (000) 000-0000 | FEIN: 23-2258671 | PA: 35-23945
Case 5:26-bk-00070-MJC    Doc 5    Filed 01/12/26    Entered 01/12/26 22:01:50    Desc
Main Document      Page 9 of 9