# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Gordon Kenneth Moe II,<br>aka Gordon K Moe II, aka Gordon Kenneth Moe, aka<br>Gordon Moe, aka Gordon Moe Jr., aka Gordon K Moe, | Chapter     7 |
| **Debtor 1** | Case No.     5:26–bk–00070–MJC |

Brittany Alexandria Moe,
aka Brittany A Moe, aka Brittany Moe, fka Brittany Epp,
fka Brittany A Epp, fka Brittany Alexandria Epp,

**Debtor 2**

Social Security No.:

          xxx–xx–1913          xxx–xx–1908

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**John J Martin**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  April 24, 2026

**fnldecac** (05/18)