United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Gordon Kenneth Moe, II

Brittany Alexandria Moe

Debtors

Case No. 26-00070-MJC

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5

Date Rcvd: Apr 24, 2026

User: admin

Form ID: 318

Page 1 of 3

Total Noticed: 49

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++             Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gordon Kenneth Moe, II, Brittany Alexandria Moe, 121 Willow St, Dunmore, PA 18512-2934 |
| 5771986 | | Credit One Bank, PO Box 6500, City of Industry, CA 90601 |
| 5771991 | | Lehigh Valley Health Network, PO BOX 981006, Boston, MA 02298-1006 |
| 5771992 | | Lvnv Funding LLC, Greenville, SC 29602 |
| 5771996 | + | Matthew A Berger, M.D., P.C., 340 Montage Mountain Road, Moosic, PA 18507-1707 |
| 5772002 | ++ | PEOPLES SECURITY BANK AND TRUST, 82 FRANKLIN AVE, HALLSTEAD PA 18822-9780 address filed with court:, Peoples Security Bank & Trust, 82 Franklin Ave, Hallstead, PA 18822-9780 |
| 5772011 | | Synchrony Bank/Harbor Freight Tools, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5772014 | + | Synergy, 920 Germantown pike, Suite 210, plymouth meeting, PA 19462-7401 |
| 5772016 | | TD Bank/Samsung, Columbia, SC 29202 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Apr 24 2026 22:41:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5771973 | | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 24 2026 18:58:58 | Affirm Inc, Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5772429 | + | EDI: AISACG.COM | Apr 24 2026 22:41:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5771974 | | EDI: GMACFS.COM | Apr 24 2026 22:41:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 5771975 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 24 2026 18:44:00 | Apple Card/GS Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5771985 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Apr 24 2026 18:44:00 | Credit Corp Solutions Inc, 121 W Election Rd, Draper, UT 84020 |
| 5771976 | | EDI: CAPITALONE.COM | Apr 24 2026 22:41:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5771977 | | EDI: CAPITALONE.COM | Apr 24 2026 22:41:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5771978 | | EDI: CAPITALONE.COM | Apr 24 2026 22:41:00 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5771979 | | EDI: CITICORP | Apr 24 2026 22:41:00 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5771980 | | EDI: CITICORP | | |

District/off: 0314-5

Date Rcvd: Apr 24, 2026

User: admin

Form ID: 318

Page 2 of 3

Total Noticed: 49

| | | |
|---|---|---|
| | | Apr 24 2026 22:41:00 Citicards CBNA, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5771981 | ^ MEBN | |
| | | Apr 24 2026 18:42:35 Citizens Pay Credit Line, Attn; Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 5771982 | + Email/Text: mediamanagers@clientservices.com | |
| | | Apr 24 2026 18:44:00 Client Services Inc., 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 5771983 | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Apr 24 2026 18:44:00 Comenity Capital Bank, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5771984 | EDI: WFNNB.COM | |
| | | Apr 24 2026 22:41:00 Comenity Capital/Buy Baby MC, Comenity Capital Bank, Bankruptcy Depart, PO Box 182125, Columbus, OH 43218-2125 |
| 5771987 | Email/PDF: creditonebknotifications@resurgent.com | |
| | | Apr 24 2026 18:58:52 Credit One Bank NA, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5771988 | EDI: DISCOVER | |
| | | Apr 24 2026 22:41:00 Discover Bank, 6500 New Albany Rd E, New Albany, OH 43054-8730 |
| 5771989 | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | |
| | | Apr 24 2026 18:44:00 First National Bank, 3015 Glimcher Blvd, Hermitage, PA 16148-3343 |
| 5771990 | + Email/Text: bankruptcy.us@klarna.com | |
| | | Apr 24 2026 18:44:00 Klarna, 800 N High St, Suite 400, Columbus, OH 43215-1430 |
| 5771993 | + Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Apr 24 2026 18:58:52 LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 5771997 | Email/Text: akarpin@mbms.net | |
| | | Apr 24 2026 18:44:00 Medical Imaging of Lehigh Valley, PC, 2 Meridian Blvd 3rd Floor, Reading, PA 19610-3202 |
| 5772001 | Email/Text: compliance@monarchrm.com | |
| | | Apr 24 2026 18:44:00 Monarch Recovery Management, Inc., 3260 Tillman Dr Ste 75, Bensalem, PA 19020-2059 |
| 5771994 | Email/Text: bankruptcy@marinerfinance.com | |
| | | Apr 24 2026 18:44:00 Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5771995 | Email/Text: bankruptcy@marinerfinance.com | |
| | | Apr 24 2026 18:44:00 Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5771998 | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Apr 24 2026 18:44:00 Midland Credit Managem, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5771999 | + Email/Text: bankruptcydpt@mcmcg.com | |
| | | Apr 24 2026 18:44:00 Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5772000 | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Apr 24 2026 18:44:00 Midland Credit Management Inc, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 5772003 | EDI: PRA.COM | |
| | | Apr 24 2026 22:41:00 Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5772004 | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Apr 24 2026 18:58:58 Resurgent Capital Services, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 5772006 | EDI: SYNC | |
| | | Apr 24 2026 22:41:00 Synchrony Bank, PO Box 960006, Orlando, FL 32896-0006 |
| 5772005 | EDI: SYNC | |
| | | Apr 24 2026 22:41:00 Synchrony Bank, PO Box 530949, Atlanta, GA 30353-0949 |
| 5772007 | EDI: SYNC | |
| | | Apr 24 2026 22:41:00 Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 5772008 | EDI: SYNC | |
| | | Apr 24 2026 22:41:00 Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5772009 | EDI: SYNC | |
| | | Apr 24 2026 22:41:00 Synchrony Bank/American Eagle DC, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |

| 5772010 | EDI: SYNC | Apr 24 2026 22:41:00 | Synchrony Bank/Ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5772012 | EDI: SYNC | Apr 24 2026 22:41:00 | Synchrony Bank/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5772013 | EDI: SYNC | Apr 24 2026 22:41:00 | Synchrony Bank/Sam's Club DC, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5772015 | EDI: WTRRNBANK.COM | Apr 24 2026 22:41:00 | TD Bank USA/Target Credit, C/O Financial & Retail Services, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5772017 | EDI: WFFC2 | Apr 24 2026 22:41:00 | Wells Fargo, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |
| 5772018 | ^ MEBN | Apr 24 2026 18:42:32 | Weltman, Weinberg & Reis Co., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026       Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Carlo Sabatini | on behalf of Debtor 1 Gordon Kenneth Moe  II usbkct@bankruptcypa.com, kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 2 Brittany Alexandria Moe usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| John J Martin | pa36@ecfcbis.com  jmartin@martin-law.net;kmartin@martin-law.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| | | | |
|---|---|---|---|
| Debtor 1 | Gordon Kenneth Moe II | Social Security number or ITIN | xxx–xx–1913 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | Brittany Alexandria Moe | Social Security number or ITIN | xxx–xx–1908 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court    Middle District of Pennsylvania

Case number:    5:26–bk–00070–MJC

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gordon Kenneth Moe II
aka Gordon K Moe II, aka Gordon Kenneth Moe,
aka Gordon Moe, aka Gordon Moe Jr., aka
Gordon K Moe

Brittany Alexandria Moe
aka Brittany A Moe, aka Brittany Moe, fka
Brittany Epp, fka Brittany A Epp, fka Brittany
Alexandria Epp

**By the court:**

4/24/26

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Case 5:26-bk-00070-MJC    Doc 16    Filed 04/26/26    Entered 04/27/26 00:26:49    Desc
Imaged Certificate of Notice    Page 4 of 5

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318        **Order of Discharge**        page 2