United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Gordon Kenneth Moe, II

Brittany Alexandria Moe

　Debtors

Case No. 26-00070-MJC

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5

Date Rcvd: Apr 27, 2026

User: admin

Form ID: fnldecac

Page 1 of 2

Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol　　　　Definition**

+　　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2026:**

**Recip ID　　　　　　Recipient Name and Address**
db/jdb　　　　　　+　Gordon Kenneth Moe, II, Brittany Alexandria Moe, 121 Willow St, Dunmore, PA 18512-2934

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2026

Signature:　　　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:**

**Name　　　　　　Email Address**

Carlo Sabatini
　　　　　　on behalf of Debtor 1 Gordon Kenneth Moe  II usbkct@bankruptcypa.com,
　　　　　　kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email

Carlo Sabatini
　　　　　　on behalf of Debtor 2 Brittany Alexandria Moe usbkct@bankruptcypa.com
　　　　　　kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email

John J Martin
　　　　　　pa36@ecfcbis.com  jmartin@martin-law.net;kmartin@martin-law.net

United States Trustee
　　　　　　ustpregion03.ha.ecf@usdoj.gov

District/off: 0314-5

Date Rcvd: Apr 27, 2026

TOTAL: 4

User: admin

Form ID: fnldecac

Page 2 of 2

Total Noticed: 1

Case 5:26-bk-00070-MJC    Doc 17    Filed 04/29/26    Entered 04/30/26 00:30:16    Desc
Imaged Certificate of Notice    Page 2 of 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gordon Kenneth Moe II,
aka Gordon K Moe II, aka Gordon Kenneth Moe, aka
Gordon Moe, aka Gordon Moe Jr., aka Gordon K Moe,

**Debtor 1**

Brittany Alexandria Moe,
aka Brittany A Moe, aka Brittany Moe, fka Brittany Epp,
fka Brittany A Epp, fka Brittany Alexandria Epp,

**Debtor 2**

Chapter      7

Case No.     5:26−bk−00070−MJC

Social Security No.:

        xxx−xx−1913         xxx−xx−1908

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**John J Martin**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  April 24, 2026

**fnldecac** (05/18)